UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GERALD F. SHANER,

       Plaintiff,                               Case No. 1:06-CV-415

v.                                                    Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 3, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 3, 2007 (docket no. 10), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Defendant's motion to dismiss (docket no. 7) is **GRANTED**.

**This case is concluded**.

Dated: June 8, 2007                                                       /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE